IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA      :
                              :           CIVIL ACTION
        v.                    :
                              :           No. 04-11696-NG
DUANE MIGUEL CHRISTIE
```

### GOVERNMENT'S REQUEST FOR ENLARGEMENT OF TIME TO ANSWER 2255 PLEADING

The United States of America, by Michael J. Sullivan, United States Attorney, and Nadine Pellegrini, Assistant United States Attorney for the District of Massachusetts, and files this Request for Enlargement of Time to answer the 2255 Motion filed in the above-captioned case as follows:

1. Per Order of the Court, the government's response is currently due on August 23, 2004.

2. Due to assignment of supervisory duties during the weeks preceding the August 23, 2004, counsel for the government has not been able to complete its response. Additionally, counsel for the government is scheduled to be on leave from August 23 until 30, 2004 and will therefore, require further time in which to complete its response.

3. Therefore, the government respectfully requests an enlargement of two weeks in which to file its response.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/Nadine Pellegrini
      Nadine Pellegrini
      Assistant U.S. Attorney

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

> Duane Miguel Christie
> c/o McRae Correctional Facility
> 1000 A Jim Hammock Drive
> McRae, CA 31055

This 20th day of August, 2004.

   /s/Nadine Pellegrini
   Nadine Pellegrini
   ASSISTANT UNITED STATES ATTORNEY