IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2005 MAR -7 P 4: 26
U.S. DISTRICT COURT
DISTRICT OF MASS

```
_____X
                     )
                     )
                     )
DUANE MIGUEL CHRISTIE,)
                     )
                     )
         Petitioner, )   CRIMINAL NO. 01-03-CR-10089-NG
                     )   CIVIL ACTION NO. 04-11696-NG
                     )
vs.                  )
                     )
                     )
UNITED STATES OF AMERICA,)
                     )
                     )
         Defendant.  )
                     )
                     )
_____X
```

## MOTION FOR EXPEDITED REVIEW

NOW COME the Defendant, Duane M. Christie, in pro-se, and respectfully present his motion for expedite review of his motion to vacate under 28 U.S.C. §2255 and says to the court the following:

Pursuant to 28 U.S.C. §1657, Petitioner, seeds an order that gives this action priority. Section 1657 provides in pertinent part:

> Notwithstanding any other provision of law, each court of the United States shall determine the order in which Civil Action are heard and determined, expect the court shall expedite the consideration of any action ... if good cause therefore is shown. For purposes of this subsection, "Good Cause" is shown if a right under the Constitution of the United States or Federal Statute ... would be maintained in a factual context that indicates that a request for expedited consideration has merit.

Id. §1657 (a).