UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DUANE MIGUEL CHRISTIE,**     )<br>      **Petitioner,**                )<br>                                           )<br>      v.                                  )<br>                                           )<br>**UNITED STATES OF AMERICA,** )<br>      **Respondent.**              ) | **C.A. No. 04-11696-NG** |

**GERTNER, D.J.:**

### ORDER OF DISMISSAL
May 25, 2005

For the reasons set forth in the accompanying Memorandum and Order, Duane Miguel Christie's motion to vacate, set aside or correct his sentence [docket entry # 1] is hereby **DENIED**. Accordingly, this action is **DISMISSED**. Christie's motion for expedited review [docket entry #5] is hereby **DENIED** as moot.

**SO ORDERED.**

**Dated: May 25, 2005**                    **s/ NANCY GERTNER U.S.D.J.**